UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roberto Maldonado, Louis Antonio Espinoza-Garcia, and Maria De Lourdes Espinoza-Garcia, a/k/a Lourdes Garcia, a/k/a Lourdes Corona, and Jorge Santiago on behalf of themselves, and all other similarly situated plaintiffs known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> Rocco Fiore & Sons, Inc. <br><br> Defendant. | Case No. 15 cv 06674 <br><br> Judge Milton I. Shadur |

**AGREED MOTION TO DISMISS COLLECTIVE
OR REPRESENTATIVE CLAIMS, FOR APPROVAL OF SETTLEMENT
AND FOR DISMISSAL OF CASE PURSUANT TO RULE 41(a)(2)**

Plaintiffs, Roberto Maldonado, Louis Antonio Espinoza-Garcia, and Maria De Lourdes Espinoza-Garcia, a/k/a Lourdes Garcia, a/k/a Lourdes Corona, Jorge Santiago and Daniel Marcos Rios by their attorneys, John W. Billhorn, and Defendant Rocco Fiore & Sons, Inc., by its Attorneys, Akerman LLP, jointly move this court for an order dismissing the representative or collective action allegations plead in Plaintiffs' complaint, approving the settlement agreement reached between all Plaintiffs and all Defendants, and dismissing the entire case. In support thereof, Plaintiffs state as follows:

1. Plaintiffs Roberto Maldonado, Louis Antonio Espinoza-Garcia, Maria De Lourdes Espinoza-Garcia, a/k/a Lourdes Garcia, a/k/a Lourdes Corona, Jorge Santiago, and Daniel Marcos Rios have filed the captioned lawsuit against Defendant Rocco Fiore & Sons, Inc., alleging violations of the Fair Labor Standards Act, (the "FLSA") the Portal to Portal Act, the Illinois Minimum Wage Law, and the Illinois Wage Payment and Collection Act.

2. Although the pleadings asserted that the claims were brought on behalf of "other Plaintiffs similarly situated" under Section 216(b) of the FLSA and as a class action pursuant to the Illinois Wage Payment and Collection Act, no class certification or class notice was ever sought by Plaintiffs. As part of this Motion For Dismissal, Plaintiffs Move this Court to withdraw or dismiss all claims of collective, class or representative treatment under the FLSA and Illinois Wage Payment and Collection Act. No other claims of any other past or present employee of Defendants are limited or compromised as a result of this settlement.

3. All parties to this litigation have reached a settlement of all claims. Each of the Plaintiffs has signed or will sign the Settlement Agreement And Mutual General Release, or counterparts thereof.

4. When employees bring a private action against their employer or former employer for back wages under the FLSA, and the parties present to the district court a proposed settlement, the district court may enter a stipulated judgment dismissing the case after scrutinizing the settlement to ensure that it is a fair and reasonable resolution of a bona fide dispute over wages under the FLSA. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); see also *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986).

5. The parties request that the court review the terms of the attached settlement agreement which has been attached to this motion as Exhibit A and approve the entire settlement among the parties. The parties further request entry of an agreed dismissal order, which will be provided to the judge's e-mail (Proposed_Order_Shadur@ilnd.uscourts.gov) separately and will also be provided in hard copy with the courtesy copy of this motion.

WHEREFORE, Plaintiffs Roberto Maldonado, Louis Antonio Espinoza-Garcia, and Maria De Lourdes Espinoza-Garcia, a/k/a Lourdes Garcia, a/k/a Lourdes Corona, Jorge Santiago, Daniel Marcos Rios have filed the captioned lawsuit against Defendant Rocco Fiore & Sons, Inc., respectfully request entry of an order approving the settlement agreement reached among the parties, dismissing the collective or representative action claims, and dismissing the entire matter per the terms of the parties' proposed order.

Respectfully submitted,

*Electronically Filed 4/13/17*

Attorneys for Plaintiffs:

\_\_\_\_\_/s/ John Billhorn_____

John W. Billhorn
Billhorn Law Firm
53 West Jackson, Suite 840
Chicago, IL. 60604
312.853.1450

Attorney for Defendant:

_____/s/ John P. Morrison_____

John P. Morrison
Akerman LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606
312.634.5742

## CERTIFICATE OF SERVICE

    The undersigned attorney for Defendants certifies that on April 13, 2017 he caused a copy of the foregoing Agreed Motion To Dismiss Collective Or Representative Claims, For Approval Of Settlement And For Dismissal Of Case Pursuant To Rule 41(A)(2) to be served upon the following counsel of record through the Court's ECF System:

    John W. Billhorn
    Billhorn Law Firm
    53 West Jackson, Suite 840
    Chicago, IL. 60604


    /s/ John P. Morrison
    John P. Morrison