IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roberto Maldonado, et al. | |
| Plaintiff(s), | |
| v. | Case No. 15 C 6674<br>Judge Milton I. Shadur |
| Rocco Fiore & Sons, Inc., | |
| Defendant(s). | |

### ORDER

Status hearing held. Agreed to dismiss collective or representative claims, for approval of settlement and for dismissal of case pursuant to Rule 41(a)(2) [39] is granted. The collective or representative claims are dismissed without prejudice. The Court approves the settlement between the parties as a fair and reasonable settlement. This case is dismissed. The dismissal shall initially be without prejudice, but automatically be converted to a dismissal with prejudice thirty days after this order, unless before the end of the thirty day period defendant fails to make the payments referred to in the settlement agreement and plaintiffs have filed a motion to enforce the settlement agreement. Each party shall bear their own attorneys' fees and costs except as otherwise set forth in the settlement agreement. (For further details see separate order)

Date: 4/26/2017

/s/ Milton I. Shadur
Senior United States District Judge

(00:10)