IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Roberto Maldonado, Louis Antonio Espinoza-Garcia, and Maria De Lourdes Espinoza-Garcia, a/k/a Lourdes Garcia, a/k/a Lourdes Corona, and Jorge Santiago on behalf of themselves, and all other similarly situated plaintiffs known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>Rocco Fiore & Sons, Inc.<br><br>Defendant. | Case No. 15 cv 06674<br><br>Judge Milton I. Shadur |

### ORDER OF APPROVAL OF SETTLEMENT, DISMISSAL OF COLLECTIVE ACTION CLAIMS AND ORDER OF DISMISSAL OF CASE PURSUANT TO F.R.C.P. 41(a)(2)

**THIS CAUSE** having come before the Court on the parties' Agreed Motion To Dismiss Collective or Representative Claims, For Approval Of Settlement And for Dismissal of Case Pursuant to Rule 41(a)(2), it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. This Court hereby grants the parties' agreed motion to dismiss collective or representative claims, approves the settlement and dismisses the case pursuant to FRCP 41 (a)(2), said dismissal being without prejudice to other similarly situated past or present employees of defendant, if any, who are not parties to this case.

2. After having reviewed the terms and conditions of the Settlement Agreement, this Court hereby accepts and approves the settlement reached between the parties as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act; and;

41456589.1

3. The above cause shall be hereby dismissed. The dismissal shall initially be without prejudice, but it shall automatically be converted to a dismissal with prejudice thirty days after this order, unless before the end of the thirty-day period Defendant fails to make the payments referred to in the Settlement Agreement and Plaintiffs have filed a motion to enforce the Settlement Agreement premised on a failure to pay. Each party shall bear their own attorneys' fees and costs except as otherwise set forth in the Settlement Agreement.

**THIS CASE IS CLOSED.**

**SO ORDERED.**

DATE: April 26, 2017

**ENTERED:**

_____
HON. MILTON I. SHADUR
United States District Judge

41456589.1